FILED IN CHAMBERS
U.S.D.C ATLANTA

Date: Jul 05 2025

KEVIN P. WEIMER, Clerk

By: s/ Neethu Varghese
   Deputy Clerk

ZHI DONG WANG

# United States District Court
## NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA

v.

ZHI DONG ZHANG aka Brother Wang aka BW aka Pancho aka HeHe aka HaHa ala Chino aka Summor Ownor aka ~Michael

**CRIMINAL COMPLAINT**

Case Number: 1:25-MJ-0672

I, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about July 20, 2020 in Fulton County and DeKalb County in the Northern District of Georgia, defendant did, aided and abetted by others, knowingly conduct financial transactions in and affecting interstate and foreign commerce, specifically deposits of United States currency in the amounts of $35,000 and $20,000 into the JP Morgan Chase bank account for Mnemosyne International Trading Inc, .and $80,000 into the Wells Fargo back account for the same company which transactions involved the proceeds of specified unlawful activity, that is, the felonious manufacture, importation, receiving, concealment, buying, selling, and otherwise dealing in a controlled substance punishable under a law of the United States, knowing that the property involved in the financial transactions represented the proceeds of some form of unlawful activity, and knowing the transactions were designed in whole and in part to conceal and disguise the nature, location, source, ownership, and control of proceeds of said specified unlawful activity

in violation of Title 18, United States Code, Sections 2 and 1956(a)(i)(B)(i).

I further state that I am a(n) Special Agent of the Drug Enforcement Administration and that this complaint is based on the following facts:

PLEASE SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof.   Yes

_____
Signature of Complainant
L. Patrick Gray, IV

Based upon this complaint, this Court finds that there is probable cause to believe that an offense has been committed and that the defendant has committed it. Sworn to me by telephone pursuant to Federal Rule of Criminal Procedure 4.1.

July 5, 2025                                at    Atlanta, Georgia
Date                                              City and State

J. ELIZABETH MCBATH
UNITED STATES MAGISTRATE JUDGE         _____
Name and Title of Judicial Officer              Signature of Judicial Officer
AUSA Sandy Strippoli / sandy.strippoli@usdoj.gov

ATTEST: A TRUE COPY CERTIFIED THIS
Date: Jul 05 2025
KEVIN P. WEIMER, Clerk
By: s/ Neethu Varghese
   Deputy Clerk

## Affidavit In Support Of Criminal Complaint

### Introduction

I, L. Patrick Gray IV, a Special Agent with the Drug Enforcement Administration (DEA) being first duly sworn, depose and state under oath as follows:

1. I make this affidavit in support of a criminal complaint as there is probable cause to believe that Zhi Dong Wang aided and abetted by others, violated Title 18, United States Code Sections 2 and 1956(a)(i)(B)(i).

2. Based on my training and experience and the facts set forth in this affidavit, I believe that there is probable cause to believe that violations of Title 18, United States Code, Sections 2 and 1956(a)(1)(B)(i) have been committed by Zhi Dong Wang.

### Agent Background

3. I am an investigative or law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510(7). I am therefore an officer of the United States who is empowered to conduct investigations of, and to make arrests for, the offenses enumerated in Title 18, United Stated Code, Section 2516. I have been a Special Agent of the DEA since January 2011. I received 17 weeks of training in narcotics investigations and related legal matters at the DEA Training Academy in Quantico, Virginia. Following graduation from the DEA Academy, I was assigned to the Washington DC Division Office until March 2016. In March 2016, I was assigned to the Atlanta Field Division Office. Prior to my employment as a Special Agent with the DEA, I was employed as a police officer by the Cobb County Police Department for approximately eight and a half years.

4. I have conducted investigations into the unlawful possession, importation, possession with the intent to distribute, and distribution of controlled substances, and the associated conspiracies. Through the experience I have gained during my years of criminal investigations including hundreds of interviews I have conducted with defendants, informants, and other witnesses and participants in drug trafficking activity, and additional training I have received, I have become familiar with distribution methods used by narcotics traffickers, including, but not limited to, the methods of importing, packaging, transferring and distributing narcotics, the use of cellular telephones to facilitate drug activity, the use of numerical codes, code words and other methods of avoiding detection by law enforcement, as well as the types and amounts of profits made by narcotics dealers and the methods, language and terms that are used to disguise the source and nature of the profits from their illegal narcotics dealing. I also am familiar with the ways that drug traffickers conceal, convert, transmit, and transport their drug proceeds, including but not limited to, the use of couriers to transport currency and proceeds, the use of third parties to purchase or hold title to assets, and the use of shell companies and off-shore accounts, all to conceal the nature, location, source, ownership and control of the drug proceeds.

5. I know based upon my training and experience that narcotics trafficking and money laundering organizations routinely utilize a number of other operational techniques. These practices are designed and implemented to achieve two goals: first, the successful facilitation of the organization's illegal activities, which consists of the transportation and distribution of controlled substances and the subsequent collection of

the proceeds of that illegal activity; and second, minimizing the exposure of organization members, particularly those operating in management roles, from investigation and prosecution by law enforcement.

## Probable Cause

### Summary Of The Evidence

6. An investigation by law enforcement authorities identified a drug trafficking and money laundering organization in the greater metropolitan areas of Atlanta, Georgia, and Los Angeles, California, that began operation at least as early as 2016 and is still active. Between approximately 2020 and 2022, the organization was responsible for importing large quantities of cocaine and fentanyl from Mexico into the United States for distribution and transporting drug proceeds from the United States to Mexico. The investigation identified ZHANG as one of the organization's leaders responsible for directing, managing, and overseeing the organization's drug trafficking and money laundering activities.

7. As one of the organization's leaders, ZHANG directed and managed the collection and preparation of kilograms of cocaine and fentanyl in Mexico and arranged to have the drugs smuggled into the United States by the organization's couriers, using either vehicles or aircraft. After coordinating the importation of cocaine and fentanyl into the United States, ZHANG directed members to coordinate the logistics of transporting the drugs to the organization's distributors in Georgia, California, Illinois, New York, Michigan, and elsewhere in the United States.

8. In addition, ZHANG oversaw and directed members within the organization to

3

set up stash house locations for collection of the organization's drug proceeds from couriers in the United States. The proceeds were collected at the organization's stash houses in Georgia, California, and elsewhere, where they were counted and temporarily stored. At ZHANG's direction, the organization's members deposited the drug proceeds into bank accounts in Atlanta, Georgia, and several other U.S. cities to benefit ZHANG in Mexico.

9. During the investigation, Ruipeng Li (Li), one of ZHANG's associates, admitted to law enforcement authorities that he worked with "Brother Wang" (later identified as ZHANG) after being recruited into the organization by a man he knew as "Xiaoke." Li said he worked with ZHANG and other organization members to manage stash houses in Atlanta, one of which he lived in (the Atlanta House), and stash house locations near Diamond Bar and Rowland Heights, California (the Diamond Bar House and Rowland Heights House, respectively). Li told law enforcement authorities that the stash houses were acquired at the ZHANG's direction and funded by him. Li admitted that, while he was managing the stash house locations, he and other members of the organization oversaw the collection of proceeds and facilitated the laundering of millions of dollars in the United States on ZHANG's behalf. Li told law enforcement authorities that ZHANG received cash from multiple Hispanic men at the stash house in Atlanta. At ZHANG's direction, Li trained some of those men to make cash deposits. According to Li, the money was deposited into bank accounts in Atlanta and other cities around the U.S. Specifically, Li said that a bank account for "Ruipeng Trading" was opened in his name for the deposit of funds. Li admitted to his direct involvement in laundering approximately USD$8.5 million

by depositing cash into bank accounts on behalf of ZHANG's organization between 2020 and 2021 in Georgia, North Carolina, Oklahoma, Ohio, Illinois, and Texas. Li has identified ZHANG's voice from lawfully intercepted communications: one communication in which ZHANG spoke in Mandarin and another communication, in which ZHANG spoke in English, as described below.

10. Li explained that he communicated with ZHANG through DingTalk, WeChat, Signal, and other encrypted messaging application and oral phone communications.

11. Through the course of his involvement in the conspiracy, Li learned that the ZHANG organization was divided into two groups: the Mexican group, responsible for collecting drug proceeds directly from traffickers; and the Chinese group, responsible for receiving the drug proceeds from the first group and laundering the money through bulk cash smuggling and bank deposits and wire transfers. Law enforcement authorities learned from Li that multiple members of the organization were also conducting bulk cash deposits into bank accounts. According to Li, members of the organization also transported bulk cash in vacuum-sealed bags disguised with engineer oil and laundry detergent.

**Stash House in California**

12. In March 2021, law enforcement authorities approached Li at the Rowland Heights House in Rowland Heights, California, lawfully searched that location, and discovered and photographed hundreds of financial documents connected to ZHANG's organization. Li informed law enforcement authorities that he had leased the Rowland Heights House at ZHANG's direction. The recovered documents were organized in folders labeled with the aliases and real names of specific people. Most of the folders included a

photograph of the named person (often in the form of an official government ID or passport) and corporate registration and bank account information, cell phone SIM cards, and post office box keys. Using these documents, law enforcement authorities identified approximately 25 bank accounts used by the organization to launder drug proceeds on ZHANG's behalf. Law enforcement authorities also used the records to confirm the real identities of multiple members of ZHANG's organization. The stash house location became the focal point for the financial investigation of ZHANG's organization. As described below, nearly all of the bank accounts the organization used to launder proceeds and the organization members that made the deposits were connected to the Rowland Heights House either because documents naming them were found at the Rowland Heights House or because the address for the Rowland Heights House was listed in their corporate registration.

13. In August and September 2021, ZHANG's direction, Li leased five stash houses and two vehicles in cities in California – including Los Angeles, Rowland Heights, Diamond Bar, Alhambra, and Monterrey Park – for use by members of the organization for drug trafficking and money laundering activities. During that time, Li trained one of ZHANG's associates, who he knew only as "Willy," to take over management of the stash houses in California.

### July 20, 2020, Money Laundering

14. On July 20, 2020, law enforcement authorities conducted surveillance during the delivery of USD$100,000 in drug proceeds to one of ZHANG's associates, Jesus Miranda Cota, alias "Adrian" (Cota), at the Atlanta House in Georgia. According to Li,

6

who was present at the Atlanta House during this exchange, Cota's only purpose at the Atlanta House was to receive drug proceeds and deposit the money into bank accounts identified by ZHANG.

15. That same day, law enforcement authorities surveilled Cota as he left the Atlanta House and made cash deposits in U.S. dollars at banks in Fulton and DeKalb Counties. Bank records show that Cota deposited $35,000 to a JPMorgan Chase Bank account for "Mnemosyne International Trading, Inc." Law enforcement authorities later recovered Mnemosyne International Trading, Inc. records during a lawful search of the Rowland Heights House. Later that day, Cota deposited an additional $80,000 into a Wells Fargo Bank account for Mnemosyne, and $20,000 into the same JPMorgan Chase Bank account for to Mnemosyne. A portion of the bank records reflecting the JPMorgan Chase Bank transactions is attached as **Attachment 1**. A portion of the bank records reflecting the Wells Fargo transactions is attached as **Attachment 2**.

### Seizure of USD$945,246 from Bank Accounts

16. Law enforcement authorities identified shell companies from the financial records located in the search of the Rowland Heights House and learned in the ensuing investigation that they listed fictitious addresses. A further financial investigation revealed approximately 150 companies and approximately 170 bank accounts that were connected to ZHANG's organization through wire transfer records and corporate registration information. Law enforcement authorities identified approximately USD$20 million dollars in proceeds that were deposited into bank accounts controlled by ZHANG's organization in 2020 and 2021.

17. Law enforcement authorities lawfully seized 26 bank accounts, containing USD$945,246, most of which was linked to members of ZHANG's organization and/or the Rowland Heights House. Li told law enforcement authorities that ZHANG and/or members of ZHANG's organization instructed Li and other organization members to create bank accounts for fictitious companies to facilitate the distribution of money and to open those accounts at JPMorgan Chase Bank, Wells Fargo, and Bank of America because those banks ask relatively few questions about large cash transactions.

**Sukru Bozarslan Meets ZHANG**

18. In January 2022, Sukru Bozarslan (Bozarslan) was introduced to ZHANG while traveling in Hermosillo, Mexico. A man calling himself "Willy" picked up Bozarslan and drove him to the meeting with ZHANG. ZHANG and Bozarslan discussed the possibility of future drug transactions and exchanged contact information for the purpose of arranging drug transactions in the United States. Li later identified a photograph of "Willy" as depicting the man whom Li trained to manage ZHANG's stash houses in California.

19. Law enforcement authorities later presented Bozarslan with a photo of ZHANG, and Bozarslan confirmed that ZHANG was the man with whom he met in Hermosillo who provided contact information for the purpose of arranging drug transactions.

20. From January 27, 2022, to February 25, 2022, multiple drug transactions occurred between ZHANG, his associates, Bozarslan, and an undercover law enforcement official acting as Bozarslan's associate ("the UC"). As described below, to arrange the drug deals, Bozarslan communicated with ZHANG through encrypted cellular messaging applications using the phone numbers that Bozarslan received directly from ZHANG

8

during their meeting. ZHANG communicated with Bozarslan on the chat messages using his aliases "Summor Ownor" and "~Michael."

### January 27, 2022, Cocaine Purchase

21. On January 26 and 27, 2022, ZHANG, his associate "Burton," and Bozarslan discussed a one-kilogram cocaine transaction in Atlanta, Georgia. ZHANG established a group chat message titled "Cello Drop 2022" to communicate the transaction details. ZHANG used his alias "Summor Ownor" in the group chat. Some of these conversations were conducted in Spanish, and some were conducted in English. On January 27, 2022, while under law enforcement surveillance, the UC met with ZHANG's drug courier and purchased a kilogram of what was later confirmed by laboratory analysis to be cocaine for USD$24,000. The transaction proceeded in the manner that ZHANG, Burton, and Bozarslan had discussed.

### February 25, 2022, Cocaine and Fentanyl Seizure

22. Between February 17 and 25, 2022, ZHANG, Burton, and Bozarslan discussed a drug transaction for approximately 15 kilograms of cocaine and one kilogram of fentanyl to take place in Atlanta, Georgia. Later, the drug quantities were changed to 10 kilograms of cocaine and one kilogram of fentanyl. ZHANG uses the word "coffee" as a coded language for fentanyl and "food" as coded language for cocaine.

23. During text conversations between February 24 and 25, 2022, ZHANG sent a photo in a group text message to Burton and Bozarslan that showed the total price for the 10 kilograms of cocaine and one kilogram fentanyl drug transaction that showed (24,000x10)+27,000= 267,000. Later during the text message conversation, ZHANG sent

9

a photo in the group chat of 11 packages. The text conversation included a meeting location and a description of ZHANG's courier's clothing, appearance, and vehicle. At the agreed-upon time and location, the courier arrived and met with the UC. During the meeting, the courier told the UC that the drugs were 50 minutes away, and he would retrieve them if the deal was going to go forward. The UC agreed to go forward with the deal, and the courier left to get the cocaine and fentanyl. Law enforcement authorities followed the courier to a hotel where he entered a room and exited a short time later with a blue backpack.

24. Law enforcement authorities lawfully stopped the courier, who was in a vehicle, on his way back to the original meeting location and found a blue backpack in the back seat that contained two kilogram-sized packages of cocaine and one kilogram-sized package of fentanyl, with the nature of both of the substances confirmed by laboratory analysis. Law enforcement authorities lawfully searched the courier's hotel room and seized eight additional kilogram-sized packages of what was confirmed by laboratory analysis to be cocaine, a detailed ledger describing the distribution of at least 16 kilograms of narcotics, and evidence of financial transactions involving USD$174,000. The cocaine and fentanyl were packaged in the same fashion and using the same labels as the photos that ZHANG sent during the chat conversation earlier that day.

25. That day, ZHANG contacted Li and asked him to go to the hotel to recover money. Li did not follow those instructions.

**IDENTIFICATION**

26. ZHI DONG ZHANG, alias Brother Wang, alias BW, alias Pancho, alias HeHe,

10

alias HaHa, alias Chino, alias Summor Ownor, and alias ~Michael, was born on August 12, 1987, in Beijing, China. He is an Asian male, approximately 5 feet, 7 inches tall, weighing approximately 175 pounds, with black hair and brown eyes. Attached as **Attachment 3** is a photograph of ZHANG. Bozarslan identified the person depicted in the photograph as ZHANG, the same person with whom he met previously and discussed drug transactions with from January 2022 through February 2022. In August 2022, law enforcement authorities played for Li audio recordings of ZHANG's voice obtained from lawfully recorded communications, and Li confirmed that the voice of ZHANG was the voice of Brother Wang, who directed his money laundering activities.

# ATTACHMENT 1



JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

July 15, 2020 through July 31, 2020
Account Number: 000000629901890

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-242-7338 |
| Deaf and Hard of Hearing: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00274368 DRE 021 210 21420 NNNNNNNNNNN  1 000000000 64 0000
MNEMOSYNE INTERNATIONAL TRADING INC.
2962 N DEKALB DR APT E
DORAVILLE GA 30340-2251



## CHECKING SUMMARY  Chase Performance Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $0.00 |
| Deposits and Additions | 10 | 495,080.00 |
| ATM & Debit Card Withdrawals | 6 | -566.59 |
| Electronic Withdrawals | 6 | -447,551.45 |
| Ending Balance | 22 | $46,961.96 |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | | | AMOUNT |
|---|---|---|---|---|
| 07/15 | Deposit | | | $100.00 |
| 07/17 | Deposit | 1086140644 | | 60,000.00 |
| 07/20 | Deposit | 1090240726 | | 35,000.00 |
| 07/20 | Deposit | 1106314734 | | 20,000.00 |
| 07/22 | Deposit | 1937684112 | | 100,000.00 |
| 07/24 | Card Purchase Return | 07/24 Extendedstay 939 Sacramento CA Card 1459 | | 40.00 |
| 07/27 | Deposit | 1032316551 | | 94,940.00 |
| 07/28 | Deposit | 1087739564 | | 90,000.00 |
| 07/30 | Deposit | 22524794 | | 50,000.00 |
| 07/31 | Deposit | 1933707915 | | 45,000.00 |
| **Total Deposits and Additions** | | | | **$495,080.00** |

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 07/23 | Card Purchase | 07/23 Extendedstay 939 Sacramento CA Card 1459 | $165.64 |
| 07/27 | Card Purchase | 07/24 Hiltonsac Arden W-Room Sacramento CA Card 1459 | 126.23 |
| 07/27 | Card Purchase | 07/25 Double Tree Sacramento CA Card 1459 | 126.23 |
| 07/30 | Card Purchase | 07/28 Nmrep Chestnut Hill MA Card 1459 | 5.00 |
| 07/31 | Card Purchase | 07/31 Fairfield Inn Sac Air Sacramento CA Card 1459 | 137.08 |
| 07/31 | Card Purchase | 07/31 Subway 23278 Sacramento CA Card 1459 | 6.41 |
| **Total ATM & Debit Card Withdrawals** | | | **$566.59** |

## ATM & DEBIT CARD SUMMARY

Page 1 of 4

# ATTACHMENT 2

# Platinum Business Checking

31 de julio de 2020

Página 1 de 4 ■ Algunas secciones de este estado de cuenta son en inglés.



MNEMOSYNE INTERNATIONAL TRADING INC
10866 WASHINGTON BLVD # 21
CULVER CITY CA 90232-3610

### ¿Preguntas?

*Disponible por teléfono las 24 horas del día, los 7 días de la semana:*
Se aceptan llamadas a través del servicio de Retransmisión de Telecomunicaciones

*En español:* **1-877-337-7454**

*English:* 1-800-CALL-WELLS   (1-800-225-5935)
*TTY:* 1-800-877-4833

*Por Internet:* wellsfargo.com/spanish/biz

*Escriba a:*  Wells Fargo Bank, N.A. (114)
       P.O. Box 6995
       Portland, OR  97228-6995

### Su empresa y Wells Fargo

Visite wellsfargoworks.com/spanish para explorar videos, artículos, infografías, herramientas interactivas y otros recursos sobre temas tales como crecimiento de las empresas, crédito, administración de flujo de efectivo, planificación de negocios, tecnología, comercialización y mucho más.

### Opciones de cuenta

*Una marca de verificación en la casilla indica que su cuenta tiene estos servicios útiles. Si tiene alguna pregunta o desea agregar nuevos servicios visite wellsfargo.com/spanish/biz o llame al número indicado más arriba.*

| | |
|---|---|
| Banca por Internet | ✓ |
| Estados de Cuenta por Internet | ✓ |
| Servicio de Pago de Cuentas Comerciales | ☐ |
| Reporte de Gastos Comerciales | ✓ |
| Protección contra Sobregiros | ☐ |

### Resumen de la actividad del período de estado de cuenta

| | |
|---|---:|
| Saldo inicial al 7/8 | $0.00 |
| Depósitos/Créditos | 295,100.18 |
| Retiros/Débitos | - 178,724.95 |
| **Saldo final al 7/31 (mes/día)** | **$116,375.23** |
| Saldo promedio en el libro mayor para este período | $28,679.20 |

Número de cuenta:  6325335823
**MNEMOSYNE INTERNATIONAL TRADING INC**
*California:* Se aplican los términos y condiciones de la cuenta
Para Depósitos Directos utilice
el número de tránsito interbancario (RTN): 121042882
Para giros electrónicos utilice
el número de tránsito interbancario (RTN): 121000248

31 de julio de 2020
Página 2 de 4



## Protección contra Sobregiros

Actualmente, esta cuenta no está cubierta por Protección contra Sobregiros. Si desea más información acerca de la Protección contra Sobregiros y los requisitos de elegibilidad, sírvase llamar al número que aparece en su estado de cuenta o visite la sucursal de Wells Fargo de su localidad.

## Resumen de intereses

| | |
|---|---|
| Intereses pagados en este estado de cuenta | $0.18 |
| Saldo promedio recaudado | $28,679.20 |
| Rendimiento porcentual anual devengado | 0.01% |
| Intereses devengados en este período de estado de cuenta | $0.18 |
| Intereses pagados este año | $0.18 |

## Historial de transacciones

Traducciones de términos de transacciones
- ATM Withdrawal = Retiro de Cajero Automático (ATM)
- Automatic Transfer = Transferencia Automática
- Purchase = Compra
- Interest Payment = Pago de Intereses
- Monthly Service Fee = Cargo Mensual por Servicio
- Non-Wells Fargo ATM Transaction Fee = Cargo por Transacción de Cajero Automático (ATM) que no pertenece a Wells Fargo
- NSF Return Item Fee = Cargo por Partida Devuelta por Insuficiencia de Fondos
- Overdraft Fee = Cargo por Sobregiro
- Overdraft Protection = Protección contra Sobregiros
- Withdrawals/Debits = Retiros/Débitos

| Fecha (mes/día) | Número de cheque | Descripción | Depósitos/ Créditos | Retiros/ Débitos | Saldo diario final |
|---|---|---|---|---|---|
| 7/8 | | ATM Cash Deposit on 07/08 2101 S Atlantic Blvd Monterey Park CA 0001772 ATM ID 0694L Card 4627 | 100.00 | | 100.00 |
| 7/20 | | Edeposit IN Branch/Store 07/18/20 11:02:32 Am 5425 Peachtree Blvd Chamblee GA 4627 | 80,000.00 | | 80,100.00 |
| 7/21 | | Wire Trans Svc Charge - Sequence: 200721185730 Srf# 0066918203195184 Trn#200721185730 Rfb# | | 30.00 | |
| 7/21 | | Wire Trans Svc Charge - Sequence: 200721185828 Srf# 0066918203710284 Trn#200721185828 Rfb# | | 45.00 | |
| 7/21 | | WT Fed#04884 Truist Bank /Ftr/Bnf=Allen E Iverson Srf# 0066918203195184 Trn#200721185730 Rfb# | | 52,836.58 | |
| 7/21 | | WT 200721-185828 Bank of China /Bnf=Fujian Hesheng Supply Chain Srf# 0066918203710284 Trn#200721185828 Rfb# | | 25,355.23 | 1,833.19 |
| 7/23 | | Edeposit IN Branch/Store 07/23/20 09:47:43 Am 1501 Del Paso Blvd Sacramento CA 4627 | 100,000.00 | | 101,833.19 |
| 7/27 | | Wire Trans Svc Charge - Sequence: 200727101472 Srf# 0000357206221915 Trn#200727101472 Rfb# | | 30.00 | |
| 7/27 | | WT Fed#09272 Citibank N.A. /Ftr/Bnf=Deltec Bank and Trut Limited Srf# 0000357206221915 Trn#200727101472 Rfb# | | 91,102.84 | |
| 7/27 | | WT Seq148830 Lumaxor Export Corp. /Bnf=Lumaxor Export Corp. Srf# 0000357206335915 Trn#200727148830 Rfb# | | 8,500.00 | 2,200.35 |
| 7/30 | | Deposit Made In A Branch/Store | 70,000.00 | | 72,200.35 |
| 7/31 | | Deposit Made In A Branch/Store | 45,000.00 | | |
| 7/31 | | Interest Payment | 0.18 | | |
| 7/31 | | Cash Deposit Processing Fee | | 825.30 | 116,375.23 |
| **Saldo final al 7/31** | | | | | **116,375.23** |
| **Totales** | | | **$295,100.18** | **$178,724.95** | |

El Saldo Diario Final no refleja ningún retiro o retención pendientes sobre fondos depositados que puedan haber estado pendientes en la cuenta cuando se asentaron sus transacciones. Si no tenía fondos disponibles suficientes cuando se asentó una transacción, es posible que se hayan impuesto algunos cargos.

The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.

# ATTACHMENT 3

