

**U.S. Department of Justice**
United States Attorney
Northern District of Georgia

*Richard Russell Federal Building*  *Telephone: (404) 581-6000*
*75 Ted Turner Drive S.W.*  *Fax: (404) 581-6181*
*Suite 600*
*Atlanta, Georgia 30303*

September 17, 2025

Courtroom Deputy United
States Courthouse
75 Ted Turner Drive, SW
Atlanta, Georgia 30303

Re:  USA v. Miguel Gomez-Martinez                1:12-CR-00248
     USA v. Jose Pineda-Arzarte                    1:15-CR-00238
     USA v. Omar Pineda Celis                       1:17-CR-00365
     USA v. Susano Sanchez-Sanchez                  1:17-CR-00293
     USA v. Euclides Camacho-Goicochea              1:17-CR-00294
     USA v. Ismael Sanchez-Sanchez                  1:17-CR-00295
     USA v. Rodolfo Maldonado-Bustos                1:17-CR-00297
     USA v. Melvin Alexander Morales-Giron          1:18-CR-00414
     USA v. Caojo Detori Steward, et al             1:19-CR-00435
     USA v. Cristian Eduardo Garcia-Jerez           1:21-CR-00061
     USA v. Samuel Barrera-Andrade, et al           1:21-CR-00401
     USA v. Jesus Andres Miranda Cota, et al        1:22-CR-00293
     USA v. Zhi Dong Zhang                          1:22-CR-00294
     USA v. Mario J. Earl, et al                    1:23-CR-00335
     USA v. Jonas Martinez, et al                   1:24-CR-00134
     USA v. Natalio Maldonado-Pineda                1:24-CR-00173
     USA v. Carlos Daniel Leyva                     1:24-CR-00204
     USA v. Tyronne Johnson, Jr.                    1:25-CR-00301
     USA v. Mariana Leon Marmol                     1:25-CR-00339
     USA v. Zhi Dong Zhang                          1:25-MJ-00672
     USA v. Ceila Lara-Rios, et al                  1:25-MJ-00721

Dear Courtroom Deputy:

    This letter is to notify the Court pursuant to LCrR 57.1E(4), NDGa, that I will be out of the office on:

    October 2nd – October 23rd, 2025

    November 26th – December 1st, 2025

    December 23rd – December 29th, 2025

    January 6th – January 23rd, 2026

    February 9th – 13th, 2026

February 27th – March 11th, 2026

April 3rd – 6th, 2026

    I request that the Court not schedule any court appearances in the above-referenced matter for those dates.

                             Sincerely,

                             THEODORE S. HERTZBERG
                             *United States Attorney*

                             */s/ Sandra E. Strippoli*
                             SANDRA ELIZABETH STRIPPOLI
                             *Assistant United States Attorney*

cc:  Counsel for Defendants